# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: LEONARDO, MARIA R.                         §    Case No. 12-84588
                                                  §
                                                  §
Debtor(s)                                         §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/16/2013 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  11/12/2013          By:  /s/BERNARD J. NATALE

                                                          Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: LEONARDO, MARIA R.  §  Case No. 12-84588
　§
　§
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $　7,500.00

*and approved disbursements of*  $　86.67

*leaving a balance on hand of* [1]  $　7,413.33

**Balance on hand:**  $　7,413.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $　0.00

Remaining balance:  $　7,413.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,500.00 | 0.00 | 1,500.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,385.25 | 0.00 | 1,385.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 19.32 | 0.00 | 19.32 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 4.49 | 4.49 | 0.00 |

Total to be paid for chapter 7 administration expenses:  $　2,904.57

Remaining balance:  $　4,508.76

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 4,508.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 4,508.76

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,076.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 6,008.95 | 0.00 | 795.07 |
| 2 | U S Department of Education | 8,771.33 | 0.00 | 1,160.57 |
| 3 | Frontier Communications | 349.32 | 0.00 | 46.22 |
| 4 | eCAST Settlement Corporation | 13,010.85 | 0.00 | 1,721.52 |
| 5 | American Express Centurion Bank | 3,529.32 | 0.00 | 466.98 |
| 6 | Portfolio Recovery Associates, LLC | 2,406.41 | 0.00 | 318.40 |

Total to be paid for timely general unsecured claims: $ 4,508.76

Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-84588-TML
Maria R. Leonardo                                              Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: ccabrales        Page 1 of 2        Date Rcvd: Nov 22, 2013
                           Form ID: pdf006         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2013.
db           +Maria R. Leonardo,    1123 East Avenue,    Belvidere, IL 61008-4554
19787277      Alpine Bank of Illinois,    PO Box 6086,    Rockford, IL 61125-1086
19787278      American Express,    PO Box 981535,    El Paso, TX 79998-1535
20661678      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19787279     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
19787281      Brown Printing Company,    Profit Sharing & 401K Plan,    Principal Financial Group,    Po Box 1549,
             Waseca, MN 56093-0517
19787282      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
19787283     +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
19787284      Commerce Bank Card Center,    PO Box 411036,    Kansas City, MO 64141-1036
20498653      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19787289     +Geraldino Paulino,    1123 East Avenue,    Belvidere, IL 61008-4554
19787290     +Jennifer Leonardo,    1123 East Avenue,    Belvidere, Illinois 61008-4554
19787291     +Macy's,    PO Box 8066,    Mason, OH 45040-8066
20676128     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
             successor to US BANK NATIONAL ASSOCIATIO,    POB 41067,    Norfolk VA 23541)
19787293     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    Cardmember Services,    PO Box 108,    St. Louis, MO 63166)
20650951      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19787280     +E-mail/Text: collections@blackhawkbank.com Nov 23 2013 00:44:54    Blackhawk State Bank,
             400 Broad Street,    Beloit, WI 53511-6223
19787286     +E-mail/Text: electronicbkydocs@nelnet.net Nov 23 2013 00:44:27    Department of Education,
             121 S. 13th Street,    Lincoln, NE 68508-1904
19787285     +E-mail/Text: electronicbkydocs@nelnet.net Nov 23 2013 00:44:27    Department of Education,
             3015 Parker Road,    Aurora, Colorado 80014-2904
19787288      E-mail/Text: bankruptcynotification@frontiercorp.com Nov 23 2013 00:45:31    Frontier,
             1398 S. Woodland Blvd.,    Deland, FL 32720
19787287      E-mail/Text: bankruptcynotification@frontiercorp.com Nov 23 2013 00:45:31    Frontier,
             PO Box 20550,    Rochester, NY 14602-0550
20530596      E-mail/Text: bankruptcynotification@frontiercorp.com Nov 23 2013 00:45:32
             Frontier Communications,    Bankruptcy Dept.,    19 John St.,    Middletown, NY 10940
20512378     +E-mail/Text: electronicbkydocs@nelnet.net Nov 23 2013 00:44:27
             Nelnet on behalf of US Dept of Education,    3015 South Parker Road Suite 400,
             Aurora, CO 80014-2904
                                                                           TOTAL: 7


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19787292*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 6335,    Fargo, ND 58125-6335)
                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2013                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0752-3          User: ccabrales          Page 2 of 2          Date Rcvd: Nov 22, 2013
                             Form ID: pdf006          Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2013 at the address(es) listed below:
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com,
               IL42@ecfcbis.com
              Bernard J Natale    natalelaw@bjnatalelaw.com,  IL42@ecfcbis.com
              Carole J. Ryczek    on behalf of Trustee Bernard J Natale carole.ryczek@usdoj.gov
              Henry  Repay    on behalf of Debtor Maria R. Leonardo repaylawfirm@ithink2.net,
               cassie.repaylaw@gmail.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                              TOTAL: 6