**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re:  LEONARDO, MARIA R.                              § Case No. 12-84588
                                                        §
                                                        §
                                                        §
Debtor(s)                                               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $208,530.61                    Assets Exempt:  $15,086.50
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,508.76        Claims Discharged
                                                  Without Payment: $29,567.42

Total Expenses of Administration: $2,991.24

---

    3)  Total gross receipts of $     7,500.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,991.24 | 2,991.24 | 2,991.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 34,076.18 | 34,076.18 | 4,508.76 |
| **TOTAL DISBURSEMENTS** | $0.00 | $37,067.42 | $37,067.42 | $7,500.00 |

4) This case was originally filed under Chapter 7 on December 07, 2012. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2014          By: /s/BERNARD J. NATALE
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference Complaint (Motor Vehicle) | 1241-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 19.32 | 19.32 | 19.32 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,385.25 | 1,385.25 | 1,385.25 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 4.49 | 4.49 | 4.49 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.64 | 10.64 | 10.64 |
| Rabobank, N.A. | 2600-000 | N/A | 10.27 | 10.27 | 10.27 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.27 | 11.27 | 11.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,991.24 | $2,991.24 | $2,991.24 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 6,008.95 | 6,008.95 | 795.07 |
| 2 | U S Department of Education | 7100-000 | N/A | 8,771.33 | 8,771.33 | 1,160.57 |
| 3 | Frontier Communications | 7100-000 | N/A | 349.32 | 349.32 | 46.22 |
| 4 | eCAST Settlement Corporation | 7100-000 | N/A | 13,010.85 | 13,010.85 | 1,721.52 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 3,529.32 | 3,529.32 | 466.98 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,406.41 | 2,406.41 | 318.40 |

**UST Form 101-7-TDR (10/1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $34,076.18 | $34,076.18 | $4,508.76 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-84588  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** LEONARDO, MARIA R.  **Filed (f) or Converted (c):** 12/07/12 (f)
**§341(a) Meeting Date:** 01/10/13
**Period Ending:** 02/18/14  **Claims Bar Date:** 07/05/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Notes: 1/2 Interest (Full Property Value Shown) | 90,459.00 | 23.00 | | 0.00 | FA |
| 2 | Notes: 1/2 Interest (Full Property Value Shown) | 100,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account Alpine Bank | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account BMO Harris Bank | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Savings Account Alpine Bank (Daughter's Account) | 900.00 | 0.00 | | 0.00 | FA |
| 7 | Household Goods & Furnishings | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8 | Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Sports Equipment | 25.00 | 25.00 | | 0.00 | FA |
| 11 | 401K Brown Printing Company Profit Sharing & 401 | 11,996.61 | 360.11 | | 0.00 | FA |
| 12 | Estimated 2012 Income Tax Refunds | 3,000.00 | 650.00 | | 0.00 | FA |
| 13 | Preference Complaint (Motor Vehicle) (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| **13** | **Assets** **Totals** (Excluding unknown values) | **$208,530.61** | **$9,558.11** | | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

FRAUDULENT CONVEYANCE SETTLED.  TRUSTEE TO RECEIVE INSTALLMENT PAYMENTS

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013   **Current Projected Date Of Final Report (TFR):**   November 12, 2013  (Actual)

Printed: 02/18/2014 04:22 PM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-84588  
**Case Name:** LEONARDO, MARIA R.  
**Taxpayer ID #:** **-***7345  
**Period Ending:** 02/18/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3366 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/06/13 | {13} | Maria R. Leonardo | Pymt on Preference/Compromise | 1241-000 | 5,000.00 | | 5,000.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 04/01/13 | {13} | Maria R. Leonardo | Pymt on Fraudulent Conveyance Re Vehicle | 1241-000 | 400.00 | | 5,390.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,380.00 |
| 05/01/13 | {13} | Maria R. Leonardo | Pymt on Preference (Vehicle) | 1241-000 | 400.00 | | 5,780.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,770.00 |
| 06/03/13 | {13} | Maria R. Leonardo | Pymt on Preference | 1241-000 | 400.00 | | 6,170.00 |
| 06/03/13 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #12-84588, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 4.35 | 6,165.65 |
| 06/03/13 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #12-84588, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -4.35 | 6,170.00 |
| 06/03/13 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-84588, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 4.49 | 6,165.51 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,155.51 |
| 07/11/13 | {13} | Maria R. Leonardo | Payment on compromise | 1241-000 | 1,000.00 | | 7,155.51 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.64 | 7,144.87 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.27 | 7,134.60 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,124.60 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.27 | 7,113.33 |
| 11/06/13 | {13} | Maria R. Leonardo | Final Pymt - Preference Complaint | 1241-000 | 300.00 | | 7,413.33 |
| 12/16/13 | 103 | BERNARD J. NATALE | Dividend paid 100.00% on $1,500.00, Trustee Compensation;  Reference: | 2100-000 | | 1,500.00 | 5,913.33 |
| 12/16/13 | 104 | FIA CARD SERVICES, N.A. | Distribution paid 13.23% on $6,008.95; Claim# 1; Filed: $6,008.95; Reference: 8233/8725 | 7100-000 | | 795.07 | 5,118.26 |
| 12/16/13 | 105 | U S Department of Education | Distribution paid 13.23% on $8,771.33; Claim# 2; Filed: $8,771.33; Reference: 8715 | 7100-000 | | 1,160.57 | 3,957.69 |
| 12/16/13 | 106 | Frontier Communications | Distribution paid 13.23% on $349.32; Claim# 3; Filed: $349.32; Reference: 8769 | 7100-000 | | 46.22 | 3,911.47 |
| 12/16/13 | 107 | eCAST Settlement Corporation | Distribution paid 13.23% on $13,010.85; Claim# 4; Filed: $13,010.85; Reference: 2026 | 7100-000 | | 1,721.52 | 2,189.95 |
| 12/16/13 | 108 | American Express Centurion Bank | Distribution paid 13.23% on $3,529.32; Claim# 5; Filed: $3,529.32; Reference: 1004 | 7100-000 | | 466.98 | 1,722.97 |

Subtotals :    $7,500.00    $5,777.03

{} Asset reference(s)    Printed: 02/18/2014 04:22 PM    V.13.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-84588  
**Case Name:** LEONARDO, MARIA R.

**Taxpayer ID #:** **-***7345  
**Period Ending:** 02/18/14

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3366 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/16/13 | 109 | Portfolio Recovery Associates, LLC | Distribution paid 13.23% on $2,406.41; Claim# 6; Filed: $2,406.41; Reference: 7396/U S BANK | 7100-000 | | 318.40 | 1,404.57 |
| 12/16/13 | 110 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,404.57 | 0.00 |
| | | | Dividend paid 100.00%     1,385.25 on $1,385.25;  Claim# ATTY; Filed: $1,385.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%     19.32 on $19.32;  Claim# EXP; Filed: $19.32 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,500.00 | 7,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,500.00 | 7,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,500.00** | **$7,500.00** | |

Net Receipts :    7,500.00  
————————  
Net Estate :    $7,500.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3366** | 7,500.00 | 7,500.00 | 0.00 |
| | $7,500.00 | $7,500.00 | $0.00 |

{} Asset reference(s)